FILED
MAY 31 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mary A. Price, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. **11 1002**
 )
Federal Bureau of Investigation, )
 )
    Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of the *pro se* complaint and application to proceed *in forma pauperis* ("IFP"). The Court will grant the IFP application and dismiss the case. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Baton Rouge, Louisiana, sues the FBI for negligence. Plaintiff alleges that she "lost prematurely a sibling kidney transplant in Florida" and "almost died." Compl. at 1. She faults the FBI for, among other alleged misdeeds, having "failed to inform her that she had abnormal blood and urine tests indicating a possible organ rejection." Compl. at 1. Most of the allegations concern plaintiff's medical care and have nothing to do with the FBI. Those allegations that implicate the FBI are predicated on plaintiff's mistaken belief that the FBI breached some sort of duty owed her.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v.*

*District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ Ellen S. Huvelle
United States District Judge

Date: May 25, 2011